UNITED STATES BANKRUPTCTY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                              )
                                                    )
    Juliann F. Hoch,                              )       Chapter 13
                                                    )       Case No.:  17-14031-JNF
        Debtor                                  )
                                                    )

## MOTION TO DISMISS BY DEBTOR

Now comes Juliann F. Hoch, the above named Debtor, and moves this Court to dismiss her Chapter 13 case.

Wherefore the Debtor requests this Chapter 13 case be dismissed.

Respectfully Submitted,
Juliann F. Hoch,
By his attorney,

Matthew C. Swanson, Esq. (BBO#661840)
Swanson & Moors, LLC
1342 Belmont Street, Suite 204
Brockton, MA 02301
(508) 857-5697
matt@swansonmoors.com

May 30, 2018

05/30/2018 Allowed. The case is dismissed with prejudice pursuant to 11 U.S.C. Sec. 109(g)(2).